1

2

3

4

5

6

7

8

9

10
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
11
AT TACOMA

12
ROBERT A CROW,

13
        Petitioner,

14
    v.
                              Case No. C04-5775FDB

15
ALICE PAYNE,
                              ORDER

16
        Respondent.

17

18

19
      This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned

20
Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  The petitioner

21
attempted to file a 235 page long petition in this case.  The court refused to allow that petition to be

22
filed.  Petitioner was directed to file an amended petition, but he claims he did not receive that order.

23
A Report and Recommendation to dismiss was entered and petitioner objected.  The District Court

24
Judge rejected the Report and Recommendation and directed petitioner to file an amended petition

25
by May 27th, 2005.

26
      Petitioner has appealed the order directing him to file an amended petition to the Ninth

27
Circuit.  (Dkt. # 19).  He now seeks an extension of time to file the amended petition.  (Dkt. # 20).

28
ORDER- 1

1    The filing of the notice of appeal divests this court of jurisdiction.  The court will not

2  consider any motions until the appeal is over and the case is returned to this court.

3    The clerk is directed to send a copy of this order to petitioner and remove Docket number 20

4  from the court's calendar.  Petitioner may re-file his motion or re-note the motion after the case is

5  returned to this court.

6

7    DATED  this 5th day of July, 2005.

8

9

10    Karen L. Strombom
    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER- 2