UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT A CROW,

    Petitioner,

  v.

ALICE PAYNE,

    Respondent.

Case No. C04-5775FDB

REPORT AND RECOMMENDATION

**NOTED FOR:**
**February 24th, 2006**

    This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.

    The petitioner attempted to file a 235 page long petition in this case. The court refused to allow filing of that petition and directed petitioner to file an amended petition. (Dkt. # 11). Petitioner had until January 17th, 2005 to file the amended petition. (Dkt. # 11). Petitioner was specifically warned that if no amended petition was received the court would recommend dismissal for failure to comply with a court order and failure to prosecute. (Dkt. # 11). Petitioner did not comply with the court's order and a Report and Recommendation to dismiss was entered. (Dkt. #

ORDER- 1

16). Petitioner objected and the District Court Judge gave the petitioner a deadline of May 27th, 2005 to file an amended petition. (Dkt.. # 17 and 18). The case was re- referred at that point. (Dkt. # 18). Petitioner did not comply with the courts orders and appealed to the Ninth Circuit. (Dkt,. # 19). This case remained on appeal until August of 2005 when the Ninth Circuit dismissed the appeal. (Dkt. # 25 and 26). The order denying his appeal was returned as undeliverable on August 31st, 2006. (Dkt. # 27). There has been no activity in the file since August of 2005.

The court recommends the petition be **DISMISSED WITH PREJUDICE** for failure to comply with court orders to amend. In the alternative the court recommends the action be **DISMISSED WITHOUT PREJUDICE** for failure to keep the court apprized of a current address as required by Local Rule 41 (b)(2). A proposed order accompanies this report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **February 24th, 2006**, as noted in the caption.

DATED this 1st day of February , 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2